### STEINER v. BLOCK.

(Supreme Court, Appellate Term.   February 8, 1900.)

APPEAL FROM MUNICIPAL COURT—JURISDICTION.
   Where, on appeal from a judgment in plaintiff's favor in a municipal court, the jurisdiction of the court does not appear, either by averment or by evidence in the return, the judgment must be reversed.

Appeal from municipal court, borough of Manhattan, First district.
Action by Louis Steiner against Morris Block.   From a judgment for plaintiff, defendant appeals.   Reversed.
Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Elias G. Levy, for appellant.
Horwitz & Samuels, for respondent.

PER CURIAM.   The jurisdiction of the court below appearing neither by averment, nor by evidence in the return, the judgment must be reversed.   Frees v. Ford, 6 N. Y. 176; Gilbert v. York, 111 N. Y. 544, 19 N. E. 268.
Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.